UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

V. JOHN BROOK, as Chapter 7
Trustee of the estate of DAVID E. BASS and
JESSICA R. BASS,

    Plaintiff,

v.                            CASE NO.: 8:12-cv-1711-VMC-AEP

NATIONSTAR MORTGAGE LLC, a
Delaware limited liability company,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT

Plaintiff, V. John Brook, the Chapter 7 Trustee of the bankruptcy estate of David E. Bass and Jessica R. Bass ("Plaintiff"), by and through its undersigned counsel, hereby submits this *Notice of Pending Settlement Between Plaintiff and Defendant*, and states that Plaintiff and Defendant, Nationstar Mortgage LLC, a Delaware limited liability company, have reached a settlement with regards to this case and are presently working on the final settlement, a motion to approve the compromise of the controversy under Fed. R. Bankr. P. 9019, and dismissal documents. Upon execution of the same, and the Bankruptcy Court's approval of the compromise, Plaintiff will submit a dismissal order with prejudice for Defendant.

Dated: October 2, 2012

Respectfully Submitted,

**LASH & WILCOX PL**
4401 W. Kennedy Blvd., Suite 210
Tampa, FL 33609
Phone: 813.289.3200
Facsimile: 813.289.3250

/s/ Thomas A. Lash
**THOMAS A. LASH, ESQ.**
Florida Bar No. 849944
e-mail: tlash@lashandwilcox.com
Attorney for the Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 2, 2012, I presented the *Notice of Pending Settlement Between Plaintiff and Defendant* to the Clerk of the United States District Court, Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system. I further certify that on October 2, 2012, a true and correct copy of the *Notice of Pending Settlement Between Plaintiff and Defendant* has been served via electronic mail to: Defendant, c/o Rachael L. Greenstein, Esq., Akerman Senterfitt, 401 E. Jackson Street, Suite 1700, Tampa, Florida 33602, rachael.greenstein@akerman.com.

/s/ Thomas A. Lash
ATTORNEY